DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACOVIA WOLF,**
Appellant,

v.

**MERRIMAC PLANTATION LP,**
Appellee.

No. 4D2025-1009

[February 26, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Nina W. Di Pietro, Judge; L.T. Case No. 062024CC077270AXXXCE.

Jacovia Wolf, Deerfield Beach, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***